# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATREC, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 2:21-cv-00106-JRG-RSP |
| | ) |
| MEDITAB SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Meditab Software, Inc.'s motion to dismiss with prejudice Plaintiff DatRec, LLC's Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Upon consideration, it is hereby ORDERED that Defendant Meditab Software, Inc.'s Motion is GRANTED in its entirety. Plaintiff DatRec, LLC's Complaint is dismissed with prejudice. It is further ORDERED that Defendant Meditab Software, Inc. shall recover its attorneys' fees from Plaintiff DatRec, LLC in connection with this case under Fed. R. Civ. P. 11 and 35 U.S.C. § 285.